# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00340-CV

### In re Dr. Deborah D. Nance, Trustee for the John Reynolds Family Trust

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relator Dr. Deborah D. Nance, Trustee for the John Reynolds Family Trust, has filed a petition for writ of mandamus and an emergency motion to stay respondent's order. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay the trial court's May 3, 2019 order granting Entity Defendants' motion to strike privilege assertions, pending further order of this Court. *See id*. 52.10(b). The Court orders the real parties in interest to file a response to the petition for writ of mandamus on or before May 28, 2019.

It is ordered on May 17, 2019.

Before Chief Justice Rose, Justices Kelly and Smith